**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: K.C., A MINOR    :   No. 102 MAL 2017
                                                    :
                                                    :

PETITION OF: K.C., FATHER           :   Petition for Allowance of Appeal from
                                                    :   the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 24th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.